# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134681

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONNA JEAN ALTOONIAN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134681
COA: 267398
Wayne CC: 02-005415-01

_____/

On order of the Court, the application for leave to appeal the June 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

t1119